FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC - 7 2016

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | )   No. 4:16CR 00264 DPM |
| vs. | ) |
|  | )   18 U.S.C. § 922(g)(1) |
| OSCAR CANAMORE | ) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT 1

A.  Prior to October 6, 2016, the defendant,

OSCAR CANAMORE,

had previously been convicted as follows:

1.  In Pulaski County Circuit Court for possession of a controlled substance with purpose to deliver, possession of drug paraphernalia, fleeing, and leaving scene of accident with injury or death, in criminal case CR-2013-2689; and

2.  In Pulaski County Circuit Court for simultaneous possession of drugs and firearms, possession of a controlled substance with purpose to deliver, possession of firearms by certain persons and possession of drug paraphernalia, in criminal case CR-2015-2380.

B.  The crimes set forth in paragraph A above were punishable by a term of imprisonment exceeding one year.

C.  On or about October 6, 2016, in the Eastern District of Arkansas, the defendant

OSCAR CANAMORE,

did knowingly possess the following firearm and ammunition, in and affecting commerce, to wit:

(1) an Armi-Galesi, model Brevetto, .22 caliber pistol, serial number 117187;

    (2) eleven (11) rounds of .357 Hornady ammunition; and

    (3) nine (9) rounds of .45 Auto caliber Hornady ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

        [End of Text.   Signature page attached.]