IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 12 2017
JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

UNITED STATES OF AMERICA

vs.          Case No. 4:16CR00264-01 DPM

OSCAR CANAMORE

WAIVER OF RIGHTS UNDER INTERSTATE AGREEMENT ON DETAINERS

Defendant, personally and through his/her undersigned attorney, freely and voluntarily

**agrees** / **does not agree** to waive any right or claim Defendant may have under the Interstate Agreement on Detainers[1] (1) to remain in the custody of the United States Marshal for the Eastern District of Arkansas, and (2) to dismissal of this case because Defendant was returned to the previous place of incarceration before the completion of trial in this case.[2]

Upon execution of this agreement, Defendant will be returned to Defendant's previous place of incarceration pending further proceedings in this case.

DEFENDANT: _O. Canc_____ Date _12-20-16_
(Signature)

ATTORNEY: _[signature]_____ Date _12-20-16_
(Print and sign)

*Please circle agrees/does not agree*

    Note: The United States Marshal is directed to provide the completed waiver to the Clerk of the Court for the Eastern District of Arkansas.

---

[1] 18 U.S.C.A. App. 2 § 2 Art. III.

[2] 18 U.S.C.A. App. 2 § 2 Art. IV(e).