FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 25 2017

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## MEMORANDUM

**DATE:** May 24, 2017

**TO:** Criminal Docket Clerk

**FROM:** Diane Darbonne
U.S. Marshals Service

**RE:** Defendant in custody of U.S. Marshals Service on charges out of the Eastern District of Arkansas.

__05/24/17__          Deft. taken into U.S. Marshal Service custody on a detainer
(Date)       from _____.

_____          Deft. taken into U.S. Marshal Service custody on a Warrant of
(Date)       Removal.

_____          Deft. taken into U.S. Marshal Service custody on a Return
(Date)       Psychiatric Study.

_____          Deft. returned to custody of _____
(Date)                                              (State)

_____          Deft. returned to custody of _____
(Date)                                              (Another District)

**CASE NO.** 4:16CR00264-01 DPM

**DEFENDANT'S NAME** Canamore, Oscar