UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:16CR00264 DPM |
| | ) | |
| OSCAR CANAMORE | ) | |

**JOINT THIRTY DAY REPORT**

The United States of America, by and through Patrick C. Harris, Acting United States Attorney for the Eastern District of Arkansas, and Kristin H. Bryant, Assistant United States Attorney, and Defendant Oscar Canamore, and in response to the Court's General Criminal Scheduling Order state:

1. The parties are finalizing plea negotiations and will notify the Court when an agreement is reached.

Respectfully Submitted,

PATRICK C. HARRIS
Acting United States Attorney

*/s/ Kristin Bryant*
KRISTIN BRYANT
AR Bar Number 2009156
Assistant U.S. Attorney
P. O. Box 1229
Little Rock, AR   72203
Telephone:   501-340-2600
E-mail: Kristin.Bryant@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of August, 2017, a copy of the foregoing was sent by electronic notification to defense counsel of record.

*/s/Kristin Bryant*
KRISTIN BRYANT