ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2016-Oct-28 15:55:35
60CR-16-3886
C06D07 : 5 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
_____ DIVISION

STATE OF ARKANSAS                                                                 PLAINTIFF

VS                                             CR

OSCAR CANAMORE                                                                    DEFENDANT

## FELONY INFORMATION
### COUNT 1

    Larry Jegley, Prosecuting Attorney of the Sixth Judicial District of Arkansas, in the name, by the authority, and on behalf of the State of Arkansas, charges OSCAR CANAMORE with the crime of violating ACA § 5-73-103(a)(1)(c)(2) POSSESSION OF FIREARMS BY CERTAIN PERSONS committed as follows, to wit: The said defendant(s), in Pulaski County, on or about September 17, 2016, unlawfully, feloniously, did possess a firearm, to wit: .38 CALIBER REVOLVER, after having been previously convicted of a felony, against the peace and dignity of the State of Arkansas.

## FELONY INFORMATION
### COUNT 2

    Larry Jegley, Prosecuting Attorney of the Sixth Judicial District of Arkansas, in the name, by the authority, and on behalf of the State of Arkansas, charges OSCAR CANAMORE with the crime of violating ACA § 5-36-106(e)(3)(B)(iii) THEFT BY RECEIVING committed as follows, to wit: The said defendant(s), in Pulaski County, on or about September 17, 2016, unlawfully, feloniously did receive, retain, or dispose of stolen property of another person, said property being a firearm valued at less than two thousand five hundred dollars ($2,500) to wit: .38 CALIBER REVOLVER, such being the property of HOYTE PYLE, knowing or having good reason to believe said property was stolen, against the peace and dignity of the State of Arkansas.

## FELONY INFORMATION
### COUNT 3

    Larry Jegley, Prosecuting Attorney of the Sixth Judicial District of Arkansas, in the name, by the authority, and on behalf of the State of Arkansas, charges OSCAR CANAMORE with the crime of violating ACA § 5-73-103(a)(1)(c)(2) POSSESSION OF FIREARMS BY CERTAIN PERSONS committed as follows, to wit: The said defendant(s), in Pulaski County, on or about October 6, 2016, unlawfully, feloniously, did possess a firearm, to wit: .22 CALIBER HANDGUN, after having been previously convicted of a felony, against the peace and dignity of the State of Arkansas.



**MISDEMEANOR INFORMATION**
**COUNT 4**

Larry Jegley, Prosecuting Attorney of the Sixth Judicial District of Arkansas, in the name, by the authority, and on behalf of the State of Arkansas, charges OSCAR CANAMORE with the crime of violating ACA § 5-64-419(b)(5)(A) PCS SCH. VI committed as follows, to wit: The said defendant(s), in Pulaski County, on or about October 6, 2016, unlawfully, did possess a Schedule VI controlled substance to wit: MARIJUANA, with an aggregate weight of less than four (4) ounces, against the peace and dignity of the State of Arkansas.

**MISDEMEANOR INFORMATION**
**COUNT 5**

Larry Jegley, Prosecuting Attorney of the Sixth Judicial District of Arkansas, in the name, by the authority, and on behalf of the State of Arkansas, charges OSCAR CANAMORE with the crime of violating ACA § 5-64-443(a)(1) DRUG PARAPHERNALIA committed as follows, to wit: The said defendant(s), in Pulaski County, on or about October 6, 2016, unlawfully, did possess with the purpose to use the drug paraphernalia to wit: SCALES, to ingest, inhale, or otherwise introduce into the human body a controlled substance, against the peace and dignity of the State of Arkansas.

Defendant, OSCAR CANAMORE, has been previously convicted of four (4) or more felonies, and consequently his sentence should be increased as provided for in AR Code Ann. 5-4-501(b), against the peace and dignity of the State of Arkansas.

Larry Jegley
Prosecuting Attorney

By: *Amanda Fields*
Deputy Prosecuting Attorney

ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2017-Feb-06  14:03:31
60CR-16-3886
C06D07 : 1 Page

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
SEVENTH DIVISION

State of Arkansas

VS

DEFENDANT  OSCAR ANAMORE                    CASE NO. 16-3886

## PLEA STATEMENT

You are charged with FELON IN POSS / THEFT BY RECIEVING / POSS MARIJUANA AM. / AM. POS PARPHENALIA in the Pulaski County Circuit Court. It is necessary that you fully understand the entire contents of this document.

You are charged with a (felony/misdemeanor) and with 0 prior convictions. You could receive a sentence of from 0 to 6 in the (state penitentiary/county jail) and/or a fine of up to $ 10,000 / 10,000.

0 to 6  You have the right to plead not guilty and to be tried before the Court or a jury with the burden on the State of proving your guilt beyond a reasonable doubt. At the trial, you would have the right to testify or not testify. If you were found not guilty, you would be released on the charges for which you were tried. If, after determining the facts with instructions on the law from the court, the jury found you guilty, then they would fix your punishment. If you waive your right to trial by jury and elect a court trial, the court will determine both the facts and the law.

On the other hand, if you are guilty, you have a right to plead guilty to the Judge and the Judge would decide what your sentence should be.

With these thoughts in mind, you must answer each of the following questions and initial your response.

|   | | YES | NO | INITIALS |
|---|---|---|---|---|
| 1. | Do you understand the minimum and maximum possible sentences for the offense with which you have been charged? | ✓ | | OC |
| 2. | Do you understand that your plea of guilty is a waiver of your right to a trial by jury and of your right to appeal to the Arkansas Supreme Court? | ✓ | | OC |
| 3. | Do you fully understand what you are charged with having done? | ✓ | | OC |
| 4. | Have you discussed your case fully with your attorney and are you satisfied with his/her services? | ✓ | | OC |
| 5. | Are you certain that your plea of guilty has not been induced by any force, threat, or promise apart from a plea agreement? | ✓ | | OC |
| 6. | Do you realize that the Judge is not required to carry out any understanding between you, your attorney, and the prosecuting attorney, and that the power of sentence is with the court only? | ✓ | | OC |

**FOR NON-CITIZENS OF THE UNITED STATES**
If you are not a citizen of the United States of America, has your attorney informed you that by this plea, you will be subjecting yourself to a risk of being deported?  ✓  OC

Do you freely and voluntarily choose to enter your plea of guilty knowing that it could result in your deportation pursuant to the laws and regulations governing the United States Immigration and Naturalization Service?  ✓  OC

If your answer is "yes" to each of the preceding questions, and if you fully understand every detail of your guilty plea, then carefully read the following statement and sign in the appropriate space with your lawyer witnessing your signature.

I am aware of everything in this document. I fully understand what my rights are, and I voluntarily plead guilty, because I am guilty as charged.

_____
DEFENDANT'S SIGNATURE

I have carefully explained this document to the accused. To the best of my knowledge, he fully understands all of it. His plea of guilty is consistent with the facts he has related to me and with my own investigation of this case.

2/6/17
DATE                                    ATTORNEY'S SIGNATURE

# SENTENCING ORDER

ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2017-Feb-16 10:43:53
60CR-16-3886
C06D07 : 5 Pages

IN THE CIRCUIT COURT OF Pulaski COUNTY, ARKANSAS, SIXTH JUDICIAL DISTRICT DIVISION

On 2/6/2017 the Defendant appeared before the Court, was advised of the nature of the charge(s), of Constitutional and legal rights, of the effect of a guilty plea upon those rights, and of the right to make a statement before sentencing.

## Offender

- Defendant [Last, First, MI]: Canamore, Oscar
- DOB: 4/23/1987
- Sex: ☑ Male ☐ Female
- Total Number of Counts: 5
- SID#: 3508106
- Race & Ethnicity: ☐ Pacific Islander ☐ White ☐ Other ☑ Black ☐ Unknown ☐ Asian ☐ Hispanic ☐ Native American
- Supervision Status at Time of Offense:

## Court Info

- Judge: BARRY SIMS
- Prosecuting Attorney/Deputy: Melissa Brown
- Defendant's Attorney: MARK HAMPTON — ☑ Private ☐ Appointed ☐ Public Defender ☐ Pro Se
- Change of Venue: ☐ Yes ☑ No
- If Yes, from:
- File Stamp

## Legal Statements

☐ Pursuant to A.C.A. ☐ 16-93-301 et seq., or ☐ _____ this Court, without making a finding of guilt or entering a judgement of guilt and with the consent of the Defendant defers further proceedings and places the Defendant on probation.

There being no legal cause shown by the Defendant, as requested, why judgement should not be pronounced, a judgement:

☐ is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. Defendant was advised of the conditions of the sentence and/or placement on probation and understands the consequences of violating those conditions. The Court retains jurisdiction during the period of probation/suspension and may change or set aside the conditions of probation/suspension for violations or failure to satisfy Department of Community Correction (D.C.C.) rules and regulations.

☑ of conviction is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. The Defendant is sentenced to the Arkansas Department of Correction (A.D.C.) for the term specified on each offense shown below.

Defendant made a voluntary, knowing and intelligent waiver of right to counsel. ☐ Yes ☑ No

## Offense #1: Most Serious Offense

- A.C.A. # / Name of Offense: 5-73-103(c)(1)(c) - POSSESSION OF FIREARMS BY CERTAIN PERSONS
- Case #: 2016-3886
- A.C.A. # Orig. Charge: ___
- ATN: PCS102691113
- Offense was: ☐ Nolle Prossed ☐ Dismissed ☐ Acquitted
- Offense Date: 9/17/2016
- Appeal from District Court: ☐ Yes ☑ No
- Probation/SIS Revocation: ☐ Yes ☑ No
- Criminal History Score: 2
- Seriousness Level: 5
- Offense is: ☑ Felony ☐ Misd. ☐ Violation
- Offense Classification: ☐ Y ☐ A ☑ B ☐ C ☐ D ☐ U
- Presumptive Sentence: ☑ Prison Sentence of 54 months ☑ Community Corrections Center ☑ Alternative Sanction
- Number of Counts: 1
- Defendant: ☐ Attempted ☐ Solicited ☐ Conspired to Commit the Offense
- Defendant Sentence: ☑ ADC ☐ Jud Trans ☐ Cnty Jail
- If probation or SIS accompanied by period of confinement, state time: ___ days ___ mths
- Imposed: 36 months
- Sentence was enhanced ___ months, pursuant to A.C.A. ___
- Probation: 0 months
- Enhancement(s) is to run: ☐ Concurrent ☐ Consecutive
- SIS: 0 months
- Defendant was sentenced as a habitual offender, pursuant to A.C.A. 5-4-501, subsection ☐ (a) ☑ (b) ☐ (c) ☐ (d)
- Other: ☐ Life ☐ LWOP ☐ Death
- Victim Information [Multiple Victims ☐ Yes ☑ No]: ☑ N/A
- Age: ___
- Sex: ☐ Male ☐ Female
- Race & Ethnicity: ☐ Pacific Islander ☐ White ☐ Other ☐ Black ☐ Unknown ☐ Asian ☐ Hispanic ☐ Native American
- Defendant voluntarily, intelligently and knowingly entered a:
  - ☑ negotiated plea of ☑ guilty ☐ nolo contendere
  - ☐ plea directly to the court of ☐ guilty ☐ nolo contendere
- Defendant:
  - ☐ was sentenced pursuant to ☐ 16-93-301 et seq. ☐ Other ___
  - ☐ entered a plea and was sentenced by a jury.
  - ☐ was found guilty by the court & sentenced by ☐ court ☐ jury
  - ☐ was found guilty at a jury trial & sentenced by ☐ court ☐ jury
  - ☐ was found guilty of lesser offense by ☐ court ☐ jury
- Sentence is a Departure: ☑ Yes ☐ No ☐ N/A
- Sentence Departure: ☑ Durational ☐ Dispositional ☐ Both
- If Durational, state how many months above/below the Presumptive Sentence: -18
- Departure Reason: Mitigating # ___ or Aggravating # 16 (For Agg #16, Mit #10 or departure from guidelines, explain)
- Sentence will run: ☐ Consecutive ☑ Concurrent to Offense # ALL COUNTS or to Case # ___

Defendant's Full Name:   Canamore, Oscar

## Additional Offense #2

- A.C.A. # / Name of Offense: 5-36-106(e)(3)(B)(iii) - THEFT BY RECEIVING
- Case #: 2016-3886
- A.C.A. # Orig. Charge:
- ATN: PCS102691113
- Offense was: ☐ Nolle Prossed  ☑ Dismissed  ☐ Acquitted
- Offense Date: 9/17/2016
- Appeal from District Court: ☐ Yes  ☑ No
- Probation/SIS Revocation: ☐ Yes  ☑ No
- Criminal History Score: 2
- Seriousness Level: 3
- Offense is: ☑ Felony  ☐ Misd.  ☐ Violation
- Offense Classification: ☐ Y  ☐ A  ☐ B  ☐ C  ☑ D  ☐ U
- Presumptive Sentence: ☑ Prison Sentence of 18 months  ☑ Community Corrections Center  ☑ Alternative Sanction
- Number of Counts: 1
- Defendant: ☐ Attempted  ☐ Solicited  ☐ Conspired to Commit the Offense
- Defendant Sentence: ☑ ADC  ☐ Jud Trans  ☐ Cnty Jail
- If probation or SIS accompanied by period of confinement, state time: ___ days ___ mths
- Imposed: 36 months
- Sentence was enhanced ___ months, pursuant to A.C.A. ___
- Probation: 0 months
- Enhancement(s) is to run: ☐ Concurrent  ☐ Consecutive
- SIS: 0 months
- Defendant was sentenced as a habitual offender, pursuant to A.C.A. 5-4-501, subsection
- Other: ☐ Life  ☐ LWOP  ☐ Death
- ☐ (a)  ☑ (b)  ☐ (c)  ☐ (d)
- Victim Information [Multiple Victims]: ☐ N/A  ☐ Yes  ☑ No
- Age: 49
- Sex: ☑ Male  ☐ Female
- Race & Ethnicity: ☑ White  ☐ Black  ☐ Asian  ☐ Native American  ☐ Pacific Islander  ☐ Other  ☐ Unknown  ☐ Hispanic
- Defendant voluntarily, intelligently and knowingly entered a:
  - ☑ negotiated plea of  ☑ guilty  ☐ nolo contendere
  - ☐ plea directly to the court of  ☐ guilty  ☐ nolo contendere
- Defendant:
  - ☐ was sentenced pursuant to  ☐ 16-93-301 et seq.  ☐ Other ___
  - ☐ entered a plea and was sentenced by a jury.
  - ☐ was found guilty by the court & sentenced by  ☐ court  ☐ jury
  - ☐ was found guilty at a jury trial & sentenced by  ☐ court  ☐ jury
  - ☐ was found guilty of lesser offense by  ☐ court  ☐ jury
- Sentence is a Departure: ☑ Yes  ☐ No  ☐ N/A
- Sentence Departure: ☑ Durational  ☐ Dispositional  ☐ Both
- If Durational, state how many months above/below the Presumptive Sentence: 18
- Departure Reason: Mitigating # ___ or Aggravating # ___ (For Agg #16, Mit #10 or departure from guidelines, explain)
- Sentence will run: ☐ Consecutive  ☑ Concurrent to Offense # ALL COUNTS or to Case # ___

## Additional Offense #3

- A.C.A. # / Name of Offense: 5-73-103(c)(1)(c) - POSSESSION OF FIREARMS BY CERTAIN PERSONS
- Case #: 2016-3886
- A.C.A. # Orig. Charge:
- ATN: PCS102691113
- Offense was: ☑ Nolle Prossed  ☐ Dismissed  ☐ Acquitted
- Offense Date: 10/6/2016
- Appeal from District Court: ☐ Yes  ☑ No
- Probation/SIS Revocation: ☐ Yes  ☑ No
- Criminal History Score: 2
- Seriousness Level: 5
- Offense is: ☑ Felony  ☐ Misd.  ☐ Violation
- Offense Classification: ☐ Y  ☐ A  ☑ B  ☐ C  ☐ D  ☐ U
- Presumptive Sentence: ☑ Prison Sentence of 54 months  ☑ Community Corrections Center  ☑ Alternative Sanction
- Number of Counts: 1
- Defendant: ☐ Attempted  ☐ Solicited  ☐ Conspired to Commit the Offense
- Defendant Sentence: ☐ ADC  ☐ Jud Trans  ☐ Cnty Jail
- If probation or SIS accompanied by period of confinement, state time: ___ days ___ mths
- Imposed: 0 months
- Sentence was enhanced ___ months, pursuant to A.C.A. ___
- Probation: 0 months
- Enhancement(s) is to run: ☐ Concurrent  ☐ Consecutive
- SIS: 0 months
- Defendant was sentenced as a habitual offender, pursuant to A.C.A. 5-4-501, subsection
- Other: ☐ Life  ☐ LWOP  ☐ Death
- ☐ (a)  ☐ (b)  ☐ (c)  ☐ (d)
- Victim Information [Multiple Victims]: ☐ N/A  ☐ Yes  ☑ No
- Age: ___
- Sex: ☐ Male  ☐ Female
- Race & Ethnicity: ☐ White  ☐ Black  ☐ Asian  ☐ Native American  ☐ Pacific Islander  ☐ Other  ☐ Unknown  ☐ Hispanic
- Defendant voluntarily, intelligently and knowingly entered a:
  - ☐ negotiated plea of  ☐ guilty  ☐ nolo contendere
  - ☐ plea directly to the court of  ☐ guilty  ☐ nolo contendere
- Defendant:
  - ☐ was sentenced pursuant to  ☐ 16-93-301 et seq.  ☐ Other ___
  - ☐ entered a plea and was sentenced by a jury.
  - ☐ was found guilty by the court & sentenced by  ☐ court  ☐ jury
  - ☐ was found guilty at a jury trial & sentenced by  ☐ court  ☐ jury
  - ☐ was found guilty of lesser offense by  ☐ court  ☐ jury
- Sentence is a Departure: ☐ Yes  ☐ No  ☑ N/A
- Sentence Departure: ☐ Durational  ☐ Dispositional  ☐ Both
- If Durational, state how many months above/below the Presumptive Sentence: 0
- Departure Reason: Mitigating # ___ or Aggravating # ___ (For Agg #16, Mit #10 or departure from guidelines, explain)
- Sentence will run: ☐ Consecutive  ☐ Concurrent to Offense # ___ or to Case # ___

Defendant's Full Name:   Canamore, Oscar

## Additional Offense #4

| Field | Value |
|---|---|
| A.C.A. # / Name of Offense | 5-64-419(b)(5)(A) - PCS SCH. VI |
| Case # | 2016-3886 |
| A.C.A. # Orig. Charge | |
| ATN | PCS102691113 |
| Offense was | ☐ Nolle Prossed  ☐ Dismissed  ☐ Acquitted |
| Offense Date | 10/6/2016 |
| Appeal from District Court | ☐ Yes  ☑ No |
| Probation/SIS Revocation | ☐ Yes  ☑ No |
| Criminal History Score | 2 |
| Seriousness Level | 0 |
| Offense is | ☐ Felony  ☑ Misd.  ☐ Violation |
| Offense Classification | ☐ Y  ☑ A  ☐ B  ☐ C  ☐ D  ☐ U |
| Presumptive Sentence | ☐ Prison Sentence of  0 months  ☐ Community Corrections Center  ☐ Alternative Sanction |
| Number of Counts | 1 |
| Defendant | ☐ Attempted  ☐ Solicited  ☐ Conspired to Commit the Offense |
| Defendant Sentence | ☐ ADC  ☐ Jud Trans  ☑ Cnty Jail |
| Imposed | 12 months |
| Probation | 0 months |
| SIS | 0 months |
| Other | ☐ Life  ☐ LWOP  ☐ Death |
| Sentence was enhanced | ____ months, pursuant to A.C.A. ____ |
| Enhancement(s) is to run | ☐ Concurrent  ☐ Consecutive |
| Habitual offender subsection | ☐ (a)  ☐ (b)  ☐ (c)  ☐ (d) |
| Victim Information [Multiple Victims] | N/A: ☐ Yes ☑ No |
| Age | |
| Sex | ☐ Male  ☐ Female |
| Race & Ethnicity | ☐ White  ☐ Black  ☐ Asian  ☐ Native American  ☐ Pacific Islander  ☐ Other  ☐ Unknown  ☐ Hispanic |
| Defendant entered | ☑ negotiated plea of  ☑ guilty / ☐ nolo contendere |
| | ☐ plea directly to the court of  ☐ guilty / ☐ nolo contendere |
| Defendant | ☐ was sentenced pursuant to 16-93-301 et seq.  ☐ Other ____ |
| | ☐ entered a plea and was sentenced by a jury |
| | ☐ was found guilty by the court & sentenced by  ☐ court  ☐ jury |
| | ☐ was found guilty at a jury trial & sentenced by  ☐ court  ☐ jury |
| | ☐ was found guilty of lesser offense by  ☐ court  ☐ jury |
| Sentence is a Departure | ☐ Yes  ☐ No  ☑ N/A |
| Sentence Departure | ☐ Durational  ☐ Dispositional  ☐ Both |
| Months above/below Presumptive | 0 |
| Departure Reason | Mitigating # ____ or Aggravating # ____ |
| Sentence will run | ☐ Consecutive  ☑ Concurrent  to Offense # ALL COUNTS  or to Case # ____ |

## Additional Offense #5

| Field | Value |
|---|---|
| A.C.A. # / Name of Offense | 5-64-443(c) - DRUG PARAPHERNALIA |
| Case # | 2016-3886 |
| A.C.A. # Orig. Charge | |
| ATN | PCS102691113 |
| Offense was | ☐ Nolle Prossed  ☐ Dismissed  ☐ Acquitted |
| Offense Date | 10/6/2016 |
| Appeal from District Court | ☐ Yes  ☑ No |
| Probation/SIS Revocation | ☐ Yes  ☑ No |
| Criminal History Score | 2 |
| Seriousness Level | 3 |
| Offense is | ☑ Felony  ☐ Misd.  ☐ Violation |
| Offense Classification | ☐ Y  ☐ A  ☐ B  ☐ C  ☑ D  ☐ U |
| Presumptive Sentence | ☑ Prison Sentence of  18 months  ☑ Community Corrections Center  ☑ Alternative Sanction |
| Number of Counts | 1 |
| Defendant | ☐ Attempted  ☐ Solicited  ☐ Conspired to Commit the Offense |
| Defendant Sentence | ☐ ADC  ☐ Jud Trans  ☑ Cnty Jail |
| Imposed | 12 months |
| Probation | 0 months |
| SIS | 0 months |
| Other | ☐ Life  ☐ LWOP  ☐ Death |
| Sentence was enhanced | ____ months, pursuant to A.C.A. ____ |
| Enhancement(s) is to run | ☐ Concurrent  ☐ Consecutive |
| Habitual offender subsection | ☐ (a)  ☐ (b)  ☐ (c)  ☐ (d) |
| Victim Information [Multiple Victims] | N/A: ☐ Yes ☑ No |
| Age | |
| Sex | ☐ Male  ☐ Female |
| Race & Ethnicity | ☐ White  ☐ Black  ☐ Asian  ☐ Native American  ☐ Pacific Islander  ☐ Other  ☐ Unknown  ☐ Hispanic |
| Defendant entered | ☑ negotiated plea of  ☑ guilty / ☐ nolo contendere |
| | ☐ plea directly to the court of  ☐ guilty / ☐ nolo contendere |
| Defendant | ☐ was sentenced pursuant to 16-93-301 et seq.  ☐ Other ____ |
| Sentence is a Departure | ☑ Yes  ☐ No  ☐ N/A |
| Sentence Departure | ☑ Durational  ☐ Dispositional  ☐ Both |
| Months above/below Presumptive | -6 |
| Departure Reason | Mitigating # ____ or Aggravating # ____ |
| Sentence will run | ☐ Consecutive  ☑ Concurrent  to Offense # ALL COUNTS  or to Case # ____ |

Defendant's Full Name: Canamore, Oscar

## Special Conditions

### Sex Offenses
Defendant has been adjudicated guilty of an offense requiring sex offender registration and must complete the Sex Offender Registration Form.
☐ Yes  ☑ No

Defendant has committed an aggravated sex offense as defined in A.C.A. 12-12-903
☐ Yes  ☑ No

Defendant is alleged to be a sexually violent predator and is ordered to undergo an evaluation at a facility designated by A.D.C. pursuant to A.C.A. 12-12-918.
☐ Yes  ☑ No

Defendant has been adjudicated guilty of an offense requiring registration and has previously been adjudicated guilty of a prior sex offense under a separate case number. If yes, list prior case numbers.
☐ Yes  ☑ No  Case Number(s)

### Domestic Violence Offenses
Defendant has been adjudicated guilty of a domestic-violence related offense.
☐ Yes  ☑ No

Defendant was originally charged with a domestic-violence related offense.
☐ Yes  ☑ No
If Yes, state the A.C.A. # of the Offense

If Yes to either question, identify the relationship of the victim to the Defendant.

### DNA Sample / Qualifying Offenses
Defendant has been adjudicated guilty of a qualifying offense or repeat offense as defined in A.C.A. 12-12-1103.  ☑ Yes  ☐ No
Defendant is ordered to have a DNA sample drawn at
☐ a D.C.C. Facility  ☑ the A.D.C.  ☐ Other

### Drug Crime
Defendant has been adjudicated guilty of a drug crime as defined in A.C.A. 12-17-101.
☑ Yes  ☐ No

## Fines, Fees, Restitution

| Court Costs | NO |
|---|---|
| Fines | |
| Booking/Admin Fees ($20) | $20.00 |
| Drug Crime Assessment Fee ($125) | $125.00 |
| DNA Sample Fee ($250) | $250.00 |
| Mandatory Sex Offender Fee ($250) | |
| Public Defender User Fee ($25) | |
| Public Defender Attorney Fee | |
| Other (explain below) | |

Restitution
Payable to [If multiple beneficiaries, give names and payment priority]

Terms
☐ Due Immediately
☐ Installments of: _____
☐ Payments must be made within ____ days of release from A.D.C.
☐ Upon release from confinement, Defendant must return to court to establish payment of restitution.
☐ Restitution is joint and several with co-defendant(s) who was found guilty. List name(s) and case number(s).

## Sentence Options

Defendant was convicted of a target offense(s) and is sentenced pursuant to provisions of the Community Punishment Act.  ☐ Yes  ☑ No
The Court hereby orders a judicial transfer to the Department of Community Correction.  ☐ Yes  ☑ No
Pursuant to Community Punishment Act, the defendant shall be eligible to have his/her records sealed.  ☐ Yes ☑ No

Extended Juvenile Jurisdiction Applied  ☐ Yes  ☑ No

| JAIL TIME CREDIT In days: 142 | TOTAL TIME TO BE SERVED FOR ALL OFFENSES In months: 36  ☐ Life ☐ LWOP | Death Penalty ☐ Yes ☑ No | If Yes, State Execution Date |

DEFENDANT IS ASSIGNED TO:  ☑ ADC  ☐ CCC  ☐ COUNTY JAIL  ☐ PROBATION  ☐ SIS  ☐ SPECIAL CONDITIONS

Conditions of disposition or probation are attached.  ☐ Yes ☑ No

A copy of the Pre-sentence investigation on sentencing information is attached  ☐ Yes ☑ No
A copy of the Prosecutor's Short Report is attached  ☑ Yes ☐ No

☐ Defendant has previously failed a drug court program

DEFENDANT WAS INFORMED OF APPELLATE RIGHTS  ☑ Yes  ☐ No  Appeal Bond $

The County Sheriff is hereby ordered to:  ☐ transport the defendant to county jail  ☐ take custody for referral to CCC  ☑ transport to ADC

Defendant shall report to DCC probation officer for report date to CCC  ☐ Yes ☑ No

## Signature

Prosecuting Attorney/Deputy Signature: *Melissa Brown* (signed)
Date: 02/10/17
Print Name: Melissa Brown

Circuit Judge Signature:
Date:
Print Name: BARRY SIMS

Additional Info
CONCURRENT WITH PAROLE REVOCATION.