# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

UNITED STATES OF AMERICA                                    RESPONDENT

v.                          No. 4:16-cr-264-DPM

OSCAR CANAMORE
Reg. # 31160-009                                             PETITIONER

## ORDER

**1.** Canamore moves for immediate release under 18 U.S.C. § 3582(c)(1)(A)(i) based on the ongoing COVID-19 pandemic and the risk it presents to his health if he contracts it. *Doc. 60.* According to the Bureau, Canamore's only compassionate release request was dated 13 July 2020 but not received until 24 August 2020. That request was denied on 16 September 2020. *Doc. 64.* But Canamore says he submitted a compassionate release request on 2 August 2020 and did not receive a timely response. *Doc. 60 at 3.* Exhaustion is therefore murky.

**2.** It's unnecessary to get clarity on the exhaustion issues because, even if Canamore has exhausted his administrative remedies, his motion fails on the merits. Canamore is a black man in his early thirties with a history of asthma, for which he uses an albuterol inhaler. His concerns about the virus are therefore understandable. But Canamore is housed at Beaumont USP, which currently has just one

positive case among inmates and three positive cases among staff. https://www.bop.gov/coronavirus/ (accessed 13 October 2020). Further, Canamore has served a bit more than half of his seven-year sentence, which was a downward variance from his advisory Guidelines range. Reducing his sentence by nearly three years would not promote respect for the law, provide just punishment, reflect the seriousness of his offense, or adequately deter Canamore and others. All material things considered, the statute's remedy—reducing his sentence to time served—is not appropriate in this case. 18 U.S.C. §§ 3582(c)(1)(A)(i) & 3553(a). His motion, *Doc. 60*, is therefore denied.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 October 2020